**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**IN RE**

**JOSE SIERRA RIVERA**

CASE NUMBER 08-05693-BKT

CHAPTER 13

**Debtor(s)**
******************************\

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully**, CERTIFIES** that**:**

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(f)**
**Instructional Course Requirement**

5. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this October 18, 2011.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

| 08-05693-BKT | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| AMERICAN EXPRESS TRS CO., INC.<br>LATIN AMERICAN DIVISION<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | BANCO BILBAO VIZCAYA<br>C/O CANCIO NADAL RIVERA & DIAZ<br>PO BOX 364966<br>SAN JUAN, PR 00936-4966 |
| CITIFINANCIAL<br>1029 AVE FD ROOSEVELT<br>SUITE 2<br>SAN JUAN, PR 00920 | FIRST BANK PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>SAN JUAN, PR 00919-5596 | |
| JOSE SIERRA RIVERA<br>URB MONTE FLORES<br>2012 AVE J<br>SAN JUAN, PR 00915-3442 | |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>SAN JUAN, PR 00919-5596 | |

DATED:  October 18, 2011

S/MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE